IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANNEY VAN,<br>Petitioner | :<br>:<br>:     CIVIL ACTION |
| v. | :<br>:     NO. 11-2301 |
| MARY E. SABOL, et al.,<br>Respondents | :<br>: |

## ORDER

AND NOW, this 26th day of September 2011, it is **ORDERED** that Chief Magistrate Judge Thomas J. Reuter's Report and Recommendation (ECF No. 9) **denying** respondents' request that the habeas petition be dismissed because petitioner is not "in custody" and, therefore, this court lacks jurisdiction, is **APPROVED** and **ADOPTED**. It shall be noted that neither party filed objections to the Report and Recommendation.

Respondents shall file on, or before, **October 28, 2011** a response addressing the merits of the habeas petition and such other relevant issues as described in the Report and Recommendation.

                                                                 _____
                                                                 ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

O:\ABB 2011\L-Z\Van v Sobel adopt r&r and deadline.wpd